PD-0552-16

CAUSE NO. CR13-00337
COURT OF APPEALS NO. 12-15-00137-CR

EX PARTE

§ IN THE 294TH DISTRICT COURT
§ OF
§
MICHAEL VINCENT MOORE    § VAN ZANDT COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 16 2016

Abel Acosta, Clerk

## MOTION TO SUSPEND COPIES
## PURSUANT TO 9.3 (b) T.R.A.P

TO THE HONORABLE JUDGE(S) OF SAID COURT:

COMES NOW, MICHAEL V. MOORE, TDCJ NO. 2002686, PRO-SE (DEFENDANT) INCARCERATED UNDER THE ABOVE STYLED AND NUMBERED CAUSE AND FILES HIS "MOTION TO SUSPEND COPIES" PURSUANT TO 9.3(b) TEXAS RULE APPELLANT PROCEDURE.

APPELLANT RESPECTFULLY REQUEST THIS HONORABLE COURT TO ALLOW HIM TO SUSPEND DUE TO HIS INDIGENCY AND INCARCERATION STATUS THAT INABLES APPELLANT THE OPPORTUNITY TO PERFORM THIS TASK.

FILED IN
COURT OF CRIMINAL APPEALS

MAY 20 2016

Abel Acosta, Clerk

## VERIFICATION

I MICHAEL V. MOORE, DO HEREBY DECLARE UNDER PENALTY OF PERJURY THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

(s) _____
MICHAEL V. MOORE
TDCJ NO. 2002686

# PRAYER

DEFENDANT/APPELLANT RESPECTFULLY PRAYS THAT THIS HONORABLE COURT GRANT THIS "MOTION TO SUSPEND COPIES" PURSUANT TO 9.3(b) TRAP.

RESPECTFULLY SUBMITTED THIS ____11____ DAY OF __MAY__, __2016__.

(S) _____

MICHAEL V. MOORE

TDCJ NO. 2002686

## CERTIFICATE OF SERVICE

I MICHAEL V. MOORE, TDCJ No. 2002686, DO HEREBY CERTIFY A TRUE AND CORRECT COPY OF APPLICANTS FOREGOING "MOTION TO SUSPEND COPIES" PURSUANT TO 9.3(b) T.R.A.P HAS BEEN PLACED IN THE U.S. POSTAL MAIL SERVICE AT THE M.W. MICHAEL UNIT, ANDERSON COUNTY, TEXAS.

EXECUTED THIS ____11____ DAY OF __MAY__ 2016,

COURT OF CRIMINAL APPEALS

C/O DISTRICT CLERKS

HONORABLE ABEL ACOSTA DISTRICT CLERK

  P.O. BOX 12308

  AUSTIN, TEXAS 78711